UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JULIE DAVIS,

    Plaintiff,

        v.                               Case No. 13-cv-1316-JPG-PMF

DEREK JONES,

    Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Julie Davis's response to the Court's January 17, 2014, order to show cause why this case should not be transferred to the United States District Court for the Central District of Illinois pursuant to 28 U.S.C. § 1404(a) (Doc. 9). Davis has responded that a transfer is appropriate and asks the Court to transfer the case to the Urbana Division in particular (Doc. 9). Accordingly, after considering the factors relevant to a transfer pursuant to 28 U.S.C. § 1404(a), the Court **TRANSFERS** this case to the United States District Court for the Central District of Illinois. It is unable, however, to ensure the case is assigned to the Urbana Division because such subdistrict assignments are governed by internal Central District rules and procedures.

**IT IS SO ORDERED.**
**DATED: February 3, 2014**

                                          s/J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**